Commonwealth ex rel. Alexander, Appellant, *v.* Banmiller.

Submitted October 4, 1957.   Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*John Alexander,* appellant, in propria persona.

*Juanita Kidd Stout,* Assistant District Attorney, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

556

OPINION PER CURIAM, November 12, 1957:

The order of the court below is affirmed on the opinion of Judge HAGAN, as reported in 9 Pa. D. & C. 2d 770.